UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RMF HOLDING GROUP, LLC | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. |
| TRIZANE RICHARDSON, ELISE LOISELLE, KIMBERLY OLIVER, HOMES DONE YOUR WAY REMODELING, LLC, K-ELLE MODERN MEDICAL CORP., and BLACK HARBOR BUILD AND DESIGN, LLC, | ) | |
| Defendants. | ) | |

## DECLARATION OF KIMBERLY OLIVER

I, Kimberly Oliver, being first duly sworn hereby affirm and state under the penalties of perjury the following:

1. I am over the age of eighteen (18) and competent to make this affidavit based on my personal knowledge of the facts and circumstances giving rise to the above-captioned matter.

2. I have been named as an individual Defendant in the above-captioned matter and in the matter entitled <u>RMF Holding Group, Inc. v. Trizane Richardson, et al.</u>, Middlesex Superior Court, Docket No. 2481CV02756.

3. I currently reside in Hartford, Connecticut, where I have lived for most of my life.

4. At all times relevant hereto I have lived in and been a citizen of the State of Connecticut.

Signed under the pains and penalties of perjury this 5 day of January 2025.

*/s/Kimberly Oliver*
Kimberly Oliver